

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00304-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Joel **HERRERA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04084
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's order denying defendant's plea to the jurisdiction is REVERSED, and judgment is RENDERED dismissing the claim against the City of San Antonio for lack of jurisdiction. It is ORDERED that the City of San Antonio recover its costs of this appeal from Joel Herrera.

SIGNED October 16, 2013.

Karen Angelini, Justice